


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILTON M. RIDLEY  :  CIVIL ACTION
  :
v.  :  2:04-cv-3860
  :
COSTCO WHOLESALE CORP.  :

**FILED**
OCT 19 2005
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### VERDICT SLIP

1. Was Hilton Ridley demoted by Costco in retaliation for having complained of race discrimination?

   _____ Yes    ✓ No

   Please proceed to question 2.

2. Was Hilton Ridley constructively discharged by Costco in retaliation for having complained of race discrimination?

   ✓ Yes    _____ No

**Instruction**

If you answered "no" to both questions 1 and 2, then the presiding juror should sign and date the verdict slip, and you should return to the Courtroom. If your answer to either question 1 or 2 is "yes," then please proceed to question 3 on the following page.

3. State the amount of damages Plaintiff is entitled to recover for the following:

Back pay            $ 0

Front pay           $ 0

Pain and distress   $ 200,000

If you have answered question 3, then please sign the Verdict Slip and return to the Courtroom.

Date 10/17/05

_Edwin L Davis J._
Presiding Juror