IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILTON M. RIDLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 04-3860 |
| | : | |
| COSTCO WHOLESALE CORP. | : | |

## **ORDER**

AND NOW, this 17th day of July, 2007, Plaintiff's Motion for a Revision of the Original

Attorneys's Fees Award (Document 124) is GRANTED.  It is ORDERED Defendant shall pay

$114,324.50 for work performed by Ralph Lamar, Esq., and $32,347.50 for work performed by

Carmen Matos, Esq., as reflected in the initial and supplemental fee petitions.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez                                          J.