IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILTON M. RIDLEY, | : |
| | : CIVIL ACTION NO. 04-CV-3860 |
| Plaintiff, | : |
| vs. | : |
| | : |
| COSTCO WHOLESALE, CORP., | : |
| | : |
| Defendant. | : |

**NOTICE OF SATISFACTION OF JUDGMENT**

Plaintiff, in the above captioned action, Hilton M. Ridley, by his attorneys, hereby gives notice that the judgment as entered by this Court on October 19, 2005, and amended by the Third Circuit in this case on June 6, 2007, and subsequently revised by the District Court on July 17, 2007, in favor of Plaintiff and against Defendant, Costco Wholesale Corp. has been satisfied in full.  By this Satisfaction Of Judgment, Mr. Ridley acknowledges and agrees that he has no further rights to enforce the Judgment against Costco.

                                              Respectfully submitted,

                                              __*s/Ralph E. Lamar, IV*_____
                                              Ralph E. Lamar, IV
                                              141 Spruce Lane
                                              Collegeville, PA 19426
                                              (610) 831-5181
                                              (610) 831-0680 facsimile
                                              PA State Bar No. 78974

                                              __*s/Carmen Matos*_____
                                              Carmen Matos
                                              40 East Court Street, 3d Floor
                                              Doylestown, PA 18901
                                              (215)345-8550
                                              (215) 345-8551 facsimile
                                              PA State Bar No. 32795

**CERTIFICATE OF SERVICE**

      I, Ralph Lamar, IV, Esquire, hereby certify that on July 23, 2007, true and correct copies of this Notice of Satisfaction of Judgment were sent via electronic mail and U.S. Mail First class Delivery to the following counsel of record for Defendant, Costco Wholesale Corp.:

Lynn A. Kappelman, Esq.
Devjani Mishra, Esq.
SEYFARTH SHAW LLP
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
(212) 218-5500

BILLET & CONNOR
2000 Market Street, Suite 2803
Philadelphia, Pennsylvania 19103-3201
(215) 496-7500

By: ___*s/Ralph E. Lamar, IV*_____
      Ralph Lamar
      Counsel for Plaintiff